| PROB 22 (Rev. 2/88) | TRANSFER OF JURISDICTION | | DOCKET NUMBER (Tran. Court) 09-10042-01 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) 3:12-00131-01 |

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
MID. DIST. TENN.

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Scott Winter 290 Darnell St. Lot #21 Clarksville, TN 37042 | DISTRICT SOUTH DAKOTA | DIVISION Northern |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Charles B. Kornmann | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/05/2011 | TO 12/04/2012 |

OFFENSE

Failure to Pay Legal Child Support

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DIVISION OF THE DISTRICT OF SOUTH DAKOTA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3-10-12            *Charles B. Kornmann*
Date            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7-11-12
Effective Date            United States District Judge